### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:03CR584 |
| vs. ) | |
| ) | ORDER |
| DWANDUS JOHNSON, ) | |
| Defendant. ) | |

Defendant Dwandus Johnson appeared before the court on Monday, July 6, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [25]. The defendant was represented by Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government moved for detention and a hearing was held. The government's request was denied and the defendant was released on current conditions of supervision with special conditions. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 10, 2009 at 10:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision with special conditions.

DATED this 7th day of July, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge