IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR584 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DWANDUS JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Dwandus Johnson, appeared before the court on September 26, 2010 on a Summons for a Petition for Offender Under Supervision [44]. The defendant was represented by Assistant Federal Public Defender, Jessica P. Douglas, and the United States was represented by Assistant U.S. Attorney, Michael Wellman. The defendant enters denials on the petition. The government's oral motion for detention is granted.

IT IS ORDERED:

1. The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m., on December 3, 2010.** Defendant must be present in person.

3. Defendant is remanded to the custody of the United States Marshal.

Dated this 26th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge